NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**CROCS, INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

2024-1300

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1270.

**ON MOTION**

Before LINN, *Circuit Judge.*

**ORDER**

Upon consideration of the International Trade Commission's motion to dismiss and Crocs, Inc.'s opposition,

IT IS ORDERED THAT:

The motion is denied. The parties are directed to instead include their arguments in their briefs. The opening brief is due no later than 60 days from the date of entry of this order.

FOR THE COURT

April 9, 2024
Date

Jarrett B. Perlow
Clerk of Court